PROB 22 (Rev. 2/88)

**08CR 0071 MAGISTRATE JUDGE COX**

| TRANSFER OF JURISDICTION | DOCKET # (Trans. Court) |
|---|---|
| | 053L 2:03CR00297-001 J |
| JUDGE MANNING | DOCKET # (Rec. Court) |

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Mary Gray

RECEIVED DEC 26 2007 U.S. PROBATION CHICAGO, ILLINOIS

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Carl Barbier |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
| | September 07, 2005 | September 06, 2008 |

**Offense**

18 USC 371 - Conspiracy to Use Unauthorized Access Devices

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the ND/IL upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

12/17/2007
DATE

UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JAN 2 4 2008
DATE

UNITED STATES DISTRICT JUDGE

MEF

**FILED**

JAN 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT