## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

February 2/26/08

**FILED**
3 - 3 - 08

MAR 0 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Michael W. Dobbins
Clerk, United States District Court
Northern District of Illinois
219 South Dearborn Street

Chicago, Illinois  60604

Re:  Criminal Case No. 03-297, J
United States of America
vs.
Mary Gray

08 CR 71

Dear Mr. Michael W. Dobbins:

On 2/21/08, the Honorable Carl J. Barbier, United States District Judge for this district, entered an order transferring jurisdiction of probation as to defendant Mary Gray to the Northern District of Illinois.

Pursuant to said order and acceptance of jurisdiction by the Northern District of Illinois, we are forwarding herewith a certified copy of the indictment and Judgment and Commitment as to Mary Gray, and a copy of the docket sheet.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA G. WHYTE, CLERK

By: _Stephanie Vall_
Deputy Clerk

Enclosures

PROB 22 (Rev. 2/88)

# 08CR 0071

MAGISTRATE JUDGE COX

## TRANSFER OF JURISDICTION

### JUDGE MANNING

| DOCKET # (Trans. Court) |
|---|
| 053L 2:03CR00297-001 J |
| DOCKET # (Rec. Court) |

NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

Mary Gray

| DIVISION | NAME OF SENTENCING JUDGE |
|---|---|
| New Orleans | Carl Barbier |
| Date of Probation/Supervised Release: | FROM | TO |
| | September 07, 2005 | September 06, 2008 |

Offense

18 USC 371 - Conspiracy to Use Unauthorized Access Devices

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the ND/IL upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

12/17/2007

DATE

UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JAN 2 4 2008

DATE

UNITED STATES DISTRICT JUDGE

MEF

CLERK'S OFFICE
A TRUE COPY
FEB 2 6 2008

Deputy Clerk U.S. District Court
Eastern District of Louisiana
New Orleans

TRUE COPY ATTEST

BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: FEB 0 8 2008

DOCKETED
JAN 3 1 2008

CLOSED, MAG-2, MULTI

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-00297-CJB All Defendants
**Internal Use Only**

Case title: USA v. Gray, et al

Date Filed: 09/19/2003
Date Terminated: 03/17/2004

Assigned to: Judge Carl J. Barbier

**Defendant**

**Mary Gray** (1)
*TERMINATED: 03/17/2004*

represented by **Michael Gerard Riehlmann**
Michael G. Riehlmann, Attorney at Law
4843 Canal St.
New Orleans, LA 70119
504-482-2142
Email: mgriehlmann@hotmail.com
*TERMINATED: 03/17/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Virginia Laughlin Schlueter**
Federal Public Defender (New Orleans)
Hale Boggs Federal Building
500 Poydras St.
Room 318
New Orleans, LA 70130
504-589-7930
Email: Virginia_Schlueter@fd.org
*TERMINATED: 10/21/2003*
*LEAD ATTORNEY*
*Designation: Public Defender Appointment*

CLERK'S OFFICE
A TRUE COPY
FEB 2 6 2008
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

**Pending Counts**

18:371 CONSPIRACY W/INTENT TO
DEFRAUD, TRAFFIC IN, & USE
ONE OR MORE UNAUTHORIZED
ACCESS DEVICES DURING A
ONE-YEAR PERIOD TO OBTAIN
ANYTHING OF VALUE

**Disposition**

sentencing held 3/17/04

AGGREGATING $1,000.00 OR
MORE, SAID USE AFFECTING
INTERSTATE COMMERCE
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

Assigned to: Judge Carl J. Barbier

**Defendant**

**Anita Gibson** (2)                  represented by    **Anita Gibson**
*TERMINATED: 03/17/2004*                                28608-034
                                                        Federal Correctional Institute
                                                        33 1/2 Pembroke Station
                                                        Danbury, CT 06811-3099
                                                        PRO SE

                                                        **John Harvey Craft**
                                                        John H. Craft, Attorney at Law
                                                        829 Baronne Street
                                                        New Orleans, LA 70113
                                                        504-581-9322
                                                        Email: jhcraft@bellsouth.net
                                                        *TERMINATED: 10/22/2003*
                                                        *LEAD ATTORNEY*
                                                        *Designation: Public Defender*
                                                        *Appointment*

                                                        **Virginia Laughlin Schlueter**
                                                        (See above for address)
                                                        *TERMINATED: 10/22/2003*
                                                        *LEAD ATTORNEY*
                                                        *Designation: Public Defender*

*Appointment*

**Willard W. Hill, Jr.**
Willard W. Hill, Jr., Attorney at Law
2560 Overlook Road
#2
Cleveland Heights, OH 44106
504-258-0990
*TERMINATED: 03/17/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY W/INTENT TO DEFRAUD, TRAFFIC IN, & USE ONE OR MORE UNAUTHORIZED ACCESS DEVICES DURING A ONE-YEAR PERIOD TO OBTAIN ANYTHING OF VALUE AGGREGATING $1,000.00 OR MORE, SAID USE AFFECTING INTERSTATE COMMERCE (1) | sentencing held 3/17/04 |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Carl J. Barbier

**Defendant**

**Joe Potts** (3)          represented by   **Virginia Laughlin Schlueter**
*TERMINATED: 03/17/2004*                    (See above for address)
                                            *TERMINATED: 10/21/2003*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*
*Appointment*

**William Murphy Doyle**
William M. Doyle, Attorney at Law
Iberia Bank Building
1017 Fourth St.
Suite 202
Gretna, LA 70053
504-452-0037
Email:
williammurphydoyle@gmail.com
*TERMINATED: 03/17/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:371 CONSPIRACY W/INTENT TO
DEFRAUD, TRAFFIC IN, & USE
ONE OR MORE UNAUTHORIZED
ACCESS DEVICES DURING A
ONE-YEAR PERIOD TO OBTAIN
ANYTHING OF VALUE
AGGREGATING $1,000.00 OR
MORE, SAID USE AFFECTING
INTERSTATE COMMERCE
(1)

**Disposition**

sentencing held 3/17/04

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**United States of America**                    represented by    **Joseph Albert Aluise**
U. S. Attorney's Office
Hale Boggs Federal Bldg.
500 Poydras St.
Room 210
New Orleans, LA 70130
504-680-3000
Email: jaluise@entergy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eneid A. Francis**
U. S. Attorney's Office (New Orleans)
500 Poydras St.
Room B210
New Orleans, LA 70130
504-680-3060
Email: eneid.francis@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2003 | 1 | INDICTMENT by USA against Mary Gray (1) count(s) 1, Anita Gibson (2) count(s) 1, Joe Potts (3) count(s) 1 (sek) (Entered: 09/19/2003) |
| 09/19/2003 | 2 | GRAND JURY RETURN: as to defendant Mary Gray, defendant Anita Gibson, defendant Joe Potts ; ARREST WARRANT issued for defendant Mary Gray, defendant Anita Gibson, defendant Joe Potts (sek) (Entered: 09/19/2003) |
| 09/19/2003 | | (Court only) (UTILITY) CAPIAS issued for Mary Gray (sek) (Entered: 09/19/2003) |
| 09/19/2003 | | (Court only) (UTILITY) CAPIAS issued for Anita Gibson (sek) (Entered: 09/19/2003) |
| 09/19/2003 | | (Court only) (UTILITY) CAPIAS issued for Joe Potts (sek) (Entered: 09/19/2003) |
| 10/16/2003 | 3 | NOTICE of arraignment set for 2:00 on 10/16/03 for dfts Mary Gray, Anita Gibson & Joe Potts bfr Mag Judge Moore (sek) (Entered: 10/17/2003) |
| 10/16/2003 | 5 | MINUTE ENTRY (10/16/03) (Filed 10/17/03) as to defendant Joe Potts, initial appearance of Joe Potts w/o counsel ; dft requested court-appointed counsel; FPD appointed; dft remanded to USM; arraignment set for 2:00 |

| | | |
|---|---|---|
| | | 10/20/03 & detention hearing set for 2:00 10/20/03 for dft Joe Potts , by Magistrate Judge Louis Moore Jr. (sek) (Entered: 10/17/2003) |
| 10/16/2003 | 7 | MINUTE ENTRY (10/16/03) (Filed 10/17/03) as to defendant Anita Gibson, initial appearance of Anita Gibson w/o counsel ; dft requested court-appointed counsel; FPD appointed; dft remanded to USM; arraignment set for 2:00 10/20/03 & detention hearing set for 2:00 10/20/03 for dft Anita Gibson , by Magistrate Judge Louis Moore Jr. (sek) (Entered: 10/17/2003) |
| 10/16/2003 | 9 | MINUTE ENTRY (10/16/03) (Filed 10/17/03) as to defendant Mary Gray, initial appearance of Mary Gray w/o counsel ; dft requested court-appointed counsel; FPD appointed; dft remanded to USM; arraignment set for 2:00 10/20/03 & detention hearing set for 2:00 10/20/03 for dft Mary Gray , by Magistrate Judge Louis Moore Jr. (sek) (Entered: 10/17/2003) |
| 10/16/2003 | | (Court only) Docket Modification (Utility) as to defendant Mary Gray, defendant Anita Gibson, defendant Joe Potts (sek) (Entered: 10/17/2003) |
| 10/17/2003 | | (Court only) Utility event: Control page printed for [3-1] Scheduling order arraignment set for 2:00 on 10/16/03 for dfts Mary Gray, Anita Gibson & Joe Potts, [3-2] hearing notice (sek) (Entered: 10/17/2003) |
| 10/17/2003 | 4 | ORDER as to defendant Joe Potts for appointment of counsel as to Joe Potts appointing attorney Virginia Laughlin Schlueter, FPD , by Magistrate Judge Louis Moore Jr. Date Signed: 10/16/03 (sek) (Entered: 10/17/2003) |
| 10/17/2003 | 6 | ORDER as to defendant Anita Gibson for appointment of counsel as to Anita Gibson appointing attorney Virginia Laughlin Schlueter, FPD , by Magistrate Judge Louis Moore Jr. (sek) (Entered: 10/17/2003) |
| 10/17/2003 | 8 | ORDER as to defendant Mary Gray for appointment of counsel as to Mary Gray appointing attorney Virginia Laughlin Schlueter, FPD , by Magistrate Judge Louis Moore Jr. (sek) (Entered: 10/17/2003) |
| 10/20/2003 | 12 | MINUTE ENTRY (10/20/03) (Filed 10/21/03) as to defendant Mary Gray, dft Mary Gray arraigned; not guilty plea entered; Attorney present; dft remanded to USM ; pretrial conference set for 10:30 11/13/03 & jury trial set for 8:30 12/8/03 for dft Mary Gray bfr Judge , by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/21/2003) |
| 10/20/2003 | 13 | MINUTE ENTRY (10/20/03) (Filed 10/21/03) as to defendant Joe Potts, dft Joe Potts arraigned; not guilty plea entered; Attorney present; dft remanded to USM ; pretrial conference set for 10:30 11/13/03 & jury trial set for 8:30 12/8/03 for dft Joe Potts bfr Judge , by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/21/2003) |
| 10/20/2003 | 14 | MINUTE ENTRY (10/20/03) (Filed 10/21/03) as to defendant Joe Potts, detention hearing held on 10/20/03 ; dft is not entitled to release; dft remanded to USM; dft stipulated to detention reserving his right to reopen, |

| | | |
|---|---|---|
| | | by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/22/2003) |
| 10/20/2003 | 15 | MINUTE ENTRY (10/20/03) (Filed 10/21/03) as to defendant Mary Gray, detention hearing held on 10/20/03 ; dft is not entitled to release; dft remanded to USM; dft stipulated to detention reserving his right to reopen, by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/22/2003) |
| 10/20/2003 | 17 | MINUTE ENTRY (10/20/03) (Filed 10/23/03) as to defendant Anita Gibson, Ordered that the detention hearing & arraignment are CONTINUED to 2:00 on 10/22/03 for dft Anita Gibson , by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/23/2003) |
| 10/21/2003 | 10 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Mary Gray, Attorney Michael Gerard Riehlmann replacing attorney Virginia Laughlin Schlueter for Mary Gray, by Magistrate Judge Louis Moore Jr. Date Signed: 10/16/03 (sek) (Entered: 10/21/2003) |
| 10/21/2003 | 11 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Joe Potts, Attorney William Murphy Doyle replacing attorney Virginia Laughlin Schlueter for Joe Potts, by Magistrate Judge Louis Moore Jr. Date Signed: 10/16/03 (sek) (Entered: 10/21/2003) |
| 10/22/2003 | 16 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Anita Gibson, Attorney Willard W. Hill Jr. replacing attorney Virginia Laughlin Schlueter for Anita Gibson, by Magistrate Judge Louis Moore Jr. Date Signed: 10/16/03 (sek) (Entered: 10/23/2003) |
| 10/22/2003 | 18 | MINUTE ENTRY (10/22/03) (Filed 10/23/03) as to defendant Anita Gibson, dft Anita Gibson arraigned; not guilty plea entered; Attorney Willard Hill, Jr. present; dft remanded to USM ; pretrial conference set for 10:30 11/13/03 & jury trial set for 8:30 12/8/03 for dft Anita Gibson bfr Judge , by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/23/2003) |
| 10/22/2003 | 19 | MINUTE ENTRY (10/22/03) as to defendant Anita Gibson, detention hearing held on 10/22/03 ; dft is not entitled to release; dft remanded to USM; stipulated that if the pretrial services officer were called to testify, said testimony would be consistent w/that contained in his report, by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/23/2003) |
| 10/23/2003 | 20 | NOTICE of jury trial set for 8:30 12/8/03 & pretrial conference set for 10:30 11/13/03 for dfts Mary Gray, Anita Gibson, Joe Potts bfr Judge (sek) (Entered: 10/24/2003) |
| 10/24/2003 | | (Court only) Utility event: Control page printed for [20-1] Scheduling order jury trial set for 8:30 12/8/03 & pretrial conference set for 10:30 11/13/03 for dfts Mary Gray, Anita Gibson, Joe Potts, [20-2] hearing notice (sek) (Entered: 10/24/2003) |
| 11/05/2003 | 21 | NOTICE of re-arraignment set for 3:30 11/12/03 for dfts Mary Gray, Joe Potts bfr Judge (sek) (Entered: 11/07/2003) |

| | | |
|---|---|---|
| 11/07/2003 | | (Court only) Utility event: Control page printed for [21-1] Scheduling order re-arraignment set for 3:30 11/12/03 for dfts Mary Gray, Joe Potts, [21-2] hearing notice (sek) (Entered: 11/07/2003) |
| 11/12/2003 | 22 | SMOOTH Minutes/RE-ARRAIGNMENT (held 11/12/03) as to dft Mary Gray, Reported/Recorded by Betty DiMarco; dft present to w/draw former plea of not guilty as to count 1 & enters a plea of guilty to same; plea accepted & dft ADJUDGED GUILTY on plea of guilty; PSI ORDERED; dft is remanded; sentencing set for 1:30 1/21/04 for dft Mary Gray ; the pretrial conf & jury trial of this dft are canceled , by Judge Ivan Lemelle (sek) Modified on 11/14/2003 (Entered: 11/14/2003) |
| 11/12/2003 | 23 | PLEA Agreement as to dft Mary Gray (sek) (Entered: 11/14/2003) |
| 11/12/2003 | 24 | FACTUAL BASIS as to defendant Mary Gray (sek) (Entered: 11/14/2003) |
| 11/12/2003 | 25 | SMOOTH Minutes/RE-ARRAIGNMENT (held 11/12/03) as to dft Joe Potts, Reported/Recorded by Betty DiMarco; dft present to w/draw former plea of not guilty as to count 1 & enters a plea of guilty to same; plea accepted & dft is ADJUDGED GUILTY on plea of guilty; PSI Ordered; dft is remanded; sentencing set for 1:30 1/21/04 for dft Joe Potts ; the pretrial conf & jury trial of this dft are canceled , by Judge Ivan L. Lemelle (sek) (Entered: 11/14/2003) |
| 11/12/2003 | 26 | PLEA Agreement as to dft Joe Potts (sek) (Entered: 11/14/2003) |
| 11/12/2003 | 27 | FACTUAL BASIS as to defendant Joe Potts (sek) (Entered: 11/14/2003) |
| 11/14/2003 | | (Court only) Utility event: Control page printed for [22-1] Scheduling order, [22-2] Scheduling order, [22-3] Scheduling order, [22-4] Scheduling order sentencing set for 1:30 1/21/04 for dft Mary Gray, [22-5] Scheduling order the pretrial conf & jury trial of this dft are canceled, [22-6] minutes (sek) (Entered: 11/14/2003) |
| 11/14/2003 | | (Court only) Utility event: Control page printed for [25-1] Scheduling order, [25-2] Scheduling order, [25-3] Scheduling order, [25-4] Scheduling order sentencing set for 1:30 1/21/04 for dft Joe Potts, [25-5] Scheduling order the pretrial conf & jury trial of this dft are canceled, [25-6] minutes (sek) (Entered: 11/14/2003) |
| 11/14/2003 | 28 | NOTICE of sentencing set for 1:30 1/21/04 for dfts Mary Gray, Joe Potts bfr Judge (sek) (Entered: 11/14/2003) |
| 11/14/2003 | | (Court only) Utility event: Control page printed for [28-1] Scheduling order sentencing set for 1:30 1/21/04 for dfts Mary Gray, Joe Potts, [28-2] hearing notice (sek) (Entered: 11/14/2003) |
| 11/14/2003 | 29 | NOTICE of re-arraignment set for 1:30 12/3/03 for dft Anita Gibson bfr Judge (sek) (Entered: 11/14/2003) |
| 11/14/2003 | | (Court only) Utility event: Control page printed for [29-1] Scheduling order re-arraignment set for 1:30 12/3/03 for dft Anita Gibson, [29-2] hearing notice (sek) (Entered: 11/14/2003) |

| 11/14/2003 | 30 | MINUTE ENTRY (11/12/03) this Court was notified on 11/12/03 that a re-arraignment is being scheduled for dft, Anita Gibson; because all other dfts in this case have previously been re-arraigned, the pretrial conf set for 11/13/03 is cancelled , by Judge Carl J. Barbier (sek) (Entered: 11/17/2003) |
|---|---|---|
| 12/03/2003 | 31 | SMOOTH Minutes/RE-ARRAIGNMENT (held 12/3/03) as to dft Anita Gibson, Reported/Recorded by Karen Ibos; dft present to w/draw former plea of not guilty as to count 1 & enters a plea of guilty to same; plea accepted & dft is ADJUDGED GUILTY on plea of guilty; PSI Ordered; dft is remanded; sentencing set for 1:30 3/17/04 for dft Anita Gibson ; pre-trial conf & jury trial of this dft are canceled , by Judge Carl J. Barbier (sek) (Entered: 12/04/2003) |
| 12/03/2003 | 32 | FACTUAL BASIS as to defendant Anita Gibson (sek) (Entered: 12/04/2003) |
| 12/03/2003 | 33 | PLEA Agreement as to dft Anita Gibson (sek) (Entered: 12/04/2003) |
| 12/03/2003 | 34 | NOTICE of sentencing set for 1:30 3/17/04 for dft Anita Gibson bfr Judge (sek) (Entered: 12/04/2003) |
| 12/04/2003 | | (Court only) Utility event: Control page printed for [31-1] Scheduling order, [31-2] Scheduling order, [31-3] Scheduling order, [31-4] Scheduling order sentencing set for 1:30 3/17/04 for dft Anita Gibson, [31-5] Scheduling order pre-trial conf & jury trial of this dft are canceled, [31-6] minutes (sek) (Entered: 12/04/2003) |
| 12/04/2003 | | (Court only) Utility event: Control page printed for [34-1] Scheduling order sentencing set for 1:30 3/17/04 for dft Anita Gibson, [34-2] hearing notice (sek) (Entered: 12/04/2003) |
| 12/05/2003 | 35 | MOTION by US Probation Office and ORDER that sentencing is CONTINUED to 1:30 on 3/17/04 for dfts Mary Gray, Joe Potts , by Judge Carl J. Barbier Date Signed: 12/3/03 (sek) (Entered: 12/05/2003) |
| 12/08/2003 | 36 | Re-NOTICE of sentencing set for 1:30 3/17/04 for dfts Mary Gray, Anita Gibson, Joe Potts bfr Judge (sek) (Entered: 12/10/2003) |
| 12/10/2003 | | (Court only) Utility event: Control page printed for [36-1] Scheduling order sentencing set for 1:30 3/17/04 for dfts Mary Gray, Anita Gibson, Joe Potts, [36-2] hearing notice (sek) (Entered: 12/10/2003) |
| 03/17/2004 | 37 | MOTION and ORDER that pursuant to USSG 3E1.1(b) the downward adjustment for defendant Joe Potts' acceptance of responsibility is 3 levels filed by plaintiff USA by Judge Carl J. Barbier (ca) (Entered: 03/22/2004) |
| 03/17/2004 | 38 | MOTION and ORDER that pursuant to USSG 3E1.1(b) the downward adjustment for defendant Anita Gibson's acceptance of responsibility is 3 levels filed by plaintiff USA by Judge Carl J. Barbier (ca) (Entered: 03/22/2004) |

| | | |
|---|---|---|
| 03/17/2004 | 39 | MOTION and ORDER that pursuant to USSG 3E1.1(b) the downward adjustment for defendant Mary Gray's acceptance of responsibility is 3 levels filed by plaintiff USA by Judge Carl J. Barbier (ca) (Entered: 03/22/2004) |
| 03/17/2004 | 40 | (Filed 3/22/04) JUDGMENT and Commitment as to dft Mary Gray, Reported/Recorded by Karen Ibos; Mary Gray (1) count(s) 1; sentencing held 3/17/04 ; dft is committed to the custody of the BOP to be imprisoned for 40 months as to count 1; dft is entitled to credit for time served from 10/13/02 to date of sentencing; recommended to the BOP that dft be incarcerated in a facility as close to Chicago, IL as possible; upon release from imprisonment, dft shall be placed on supervised release for a term of 3 years as to count 1; addl conditions of supervised release are as set forth in doc; dft remanded to USM; dft must make restitution in the amount of $39,889.78 as set forth in doc; Special Assessment fee of $100.00, by Judge Carl J. Barbier Date Signed: 3/22/04 (sek) (Entered: 03/23/2004) |
| 03/17/2004 | 41 | (Filed 3/22/04) JUDGMENT and Commitment as to dft Anita Gibson, Reported/Recorded by Karen Ibos; Anita Gibson (2) 1 sentencing held 3/17/04 ; dft is committed to the custody of the BOP to be imprisoned for 60 months as to count 1; dft is entitled to credit for time served from 10/13/02 to date of sentencing; recommendations to the BOP are as set forth in doc; upon release from imprisonment dft shall be on supervised release for 3 years as to count 1; addl conditions of supervised release are as set forth in doc; dft remanded to USM; dft must make restitution in the amount of $39,889.78 as set forth in doc, Special Assessment fee of $100.00, by Judge Carl J. Barbier Date Signed: 3/22/04 (sek) Modified on 03/23/2004 (Entered: 03/23/2004) |
| 03/17/2004 | 42 | (Filed 3/22/04) JUDGMENT and Commitment as to dft Joe Potts, Reported/Recorded by Karen Ibos; Joe Potts (3) count(s) 1; sentencing held 3/17/04 ; dft is committed to the custody of the BOP to be imprisoned for a term of 60 months as to count 1; recommendations to the BOP are as set forth in doc; upon release from imprisonment, dft shall be placed on supervised release for a term of 3 years as to count 1; addl conditions of supervised released are as set forth in doc; dft remanded to USM; dft must make restitution in the amount of $39,889.78 as set forth in doc, Special Assessment fee of $100.00, by Judge Carl J. Barbier Date Signed: 3/22/04 (CLOSED) (sek) (Entered: 03/23/2004) |
| 03/23/2004 | | (Court only) Utility event: Control page printed for [40-1] Scheduling order Mary Gray (1) count(s) 1; sentencing held 3/17/04, [40-2] Scheduling order, [40-3] judgment (sek) (Entered: 03/23/2004) |
| 03/23/2004 | | (Court only) Utility event: Control page printed for [41-1] Scheduling order Anita Gibson (2) 1; sentencing held 3/17/04, [41-2] Scheduling order, [41-3] judgment (sek) (Entered: 03/23/2004) |
| 03/23/2004 | | (Court only) Utility event: Control page printed for [42-1] Scheduling order Joe Potts (3) count(s) 1; sentencing held 3/17/04, [42-2] Scheduling |

| | | |
|---|---|---|
| | | order, [42-3] Scheduling order, [42-4] judgment (sek) (Entered: 03/23/2004) |
| 03/23/2004 | | (Court only) Utility event: Bar code printed for [39-1] motion order that pursuant to USSG 3E1.1(b) the downward adjustment for defendant Mary Gray's acceptance of responsibility is 3 levels, [39-2] minute entry (ca) (Entered: 03/23/2004) |
| 03/24/2004 | 43 | ARREST Warrant returned executed as to defendant Mary Gray ; defendant arrested on 3/17/04 (sek) (Entered: 03/25/2004) |
| 03/24/2004 | 44 | ARREST Warrant returned executed as to defendant Anita Gibson; defendant arrested on 3/17/04 (sek) (Entered: 03/25/2004) |
| 05/05/2004 | 45 | CJA Form 20 (Attorney Payment Voucher) as to defendant Mary Gray for services provided by attorney in the amount of $ 1782.00 to be paid to Michael G. Riehlmann by Judge Carl J. Barbier Date Signed: 5/3/04 (ca) (Entered: 05/06/2004) |
| 05/05/2004 | 46 | CJA Form 20 (Attorney Payment Voucher) as to defendant Joe Potts for services provided by attorney in the amount of $ 1904.88 to be paid to William M. Doyle by Judge Carl J. Barbier Date Signed: 5/3/04 (ca) (Entered: 05/06/2004) |
| 06/15/2004 | 47 | JUDGMENT and Commitment returned executed 5/17/04 as to Joe Potts delivered to FCI MAN (sek) (Entered: 06/15/2004) |
| 06/16/2004 | 48 | JUDGMENT and Commitment returned executed 4/30/04 as to Mary Gray delivered to FMC Lexington, KY (sek) (Entered: 06/16/2004) |
| 06/25/2004 | 49 | MOTION for reconsideration of restitution & lower base offense level by Anita Gibson to be heard before Judge Carl J. Barbier; no hrg date set (sek) Modified on 06/28/2004 (Entered: 06/28/2004) |
| 07/20/2004 | 50 | MINUTE ENTRY (7/20/04) as to defendant Anita Gibson, Ordered that dft's motion for reconsideration of restitution & lower base offense level [49-1] is DENIED, by Judge Carl J. Barbier (sek) (Entered: 07/20/2004) |
| 09/02/2004 | 51 | CJA Form 20 (Attorney Payment Voucher) as to defendant Anita Gibson for services provided by attorney in the amount of $1,692.00 to be paid to Willard W. Hill, Jr., by Judge Carl J. Barbier Date Signed: 8/25/04 (sek) (Entered: 09/17/2004) |
| 05/27/2005 | ●52 | MOTION for Reconsideration of restitution by Anita Gibson. (dno, ) (Entered: 06/06/2005) |
| 06/10/2005 | ●53 | ORDER denying 52 Motion for Reconsideration of restitution as to Anita Gibson (2). Signed by Judge Carl Barbier on 6/10/05. (sek, ) (Entered: 06/10/2005) |
| 06/29/2006 | ●54 | ORDER AMENDING JUDGMENT 41 re judgment & commitment of 3/17/04; RESTITUTION is ordered in the amount of $39,899.78; all other aspects of the judgment & commitment shall remain unchanged & in full |

| | | |
|---|---|---|
| | | force . Signed by Judge Carl Barbier on 6/29/06. (sek, ) (Entered: 06/29/2006) |
| 06/29/2006 | 🔍55 | ORDER AMENDING JUDGMENT re 40 Judgment & Commitment of 3/17/04; RESTITUTION is ordered in the amount of $39,899.78; all other aspects of the judgment & commitment shall remain unchanged and in full force . Signed by Judge Carl Barbier on 6/29/06. (sek, ) (Entered: 06/29/2006) |
| 06/29/2006 | 🔍56 | ORDER AMENDING JUDGMENT re 42 Judgment & Commitment of 3/17/04; RESTITUTION is Ordered in the amount of $39,899.78; all other aspects of the judgment & commitment shall remain unchanged and in full force. Signed by Judge Carl Barbier on 6/29/06. (sek, ) (Entered: 06/29/2006) |
| 04/18/2007 | 🔍57 | EX PARTE MOTION for Release of Funds *Seized and Apply to Defendant's Outstanding Restitution* by United States of America as to Joe Potts. (Attachments: # 1 Proposed Order)(Francis, Eneid) Modified on 4/19/2007 (dmg, ). (Entered: 04/18/2007) |
| 04/25/2007 | 🔍58 | ORDER as to Joe Potts (3); Ordered that the Jefferson Parish Sheriff's Office, is authorized to deposit $5,100 currency seized from the defendant, Joe Potts, into the Deposit Fund; Further Ordered that the Clerk of Court is authorized to apply the $5,100 to the defendant's outstanding restitution debt. Signed by Judge Carl Barbier on 4/25/07. (cc: financial) (sek, ) (Entered: 04/26/2007) |
| 05/08/2007 | 🔍59 | (Court only) Mail Returned as Undeliverable re 58 Order. Mail sent to Anita Gibson. (sek, ) (Entered: 05/09/2007) |
| 08/17/2007 | 🔍60 | Supervised Release Transferred to Northern District of Illinois as to Joe Potts. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Signed by Judge Carl Barbier (Attachments: # 1 Letter re transfer of case)(sek, ) (Entered: 08/21/2007) |
| 08/21/2007 | 🔍61 | Letter to Northern District of Illinois from EDLA dated 8/21/07 re transfer of supervised release as to Joe Potts. (sek, ) (Entered: 08/21/2007) |
| 09/07/2007 | 🔍62 | Receipt of transfer re Joe Potts from Northern District of Illinois; received 8/27/07. (sek, ) (Entered: 09/11/2007) |
| 09/20/2007 | 🔍63 | (Court only) Probation 12B Petition and Order for Offender Under Supervision as to Anita Gibson; Ordered that conditions of supervision are modified as set forth in document. Signed by Judge Lance M Africk on 9/20/07. (cc: AUSA, Probation, Willard Hill, Jr., USM) (sek, ) (Entered: 09/24/2007) |
| 09/20/2007 | 🔍64 | Waiver of hearing to modify conditions of probation/supervised release or extend term of supervision by Anita Gibson. (sek, ) (Entered: 09/25/2007) |
| 02/11/2008 | 🔍65 | Supervised Release Transferred to Northern District of Illinois, Eastern Division as to Anita Gibson. Transmitted Transfer of Jurisdiction form, |

| | | |
|---|---|---|
| | | with certified copies of indictment, judgment and docket sheet. Signed by Judge Carl Barbier (Attachments: # 1 Letter from the Northern District of Illinois)(sek, ) (Entered: 02/14/2008) |
| 02/14/2008 | ●67 | Supervised Release Transferred to Northern District of Illinois, Eastern Division as to Mary Gray. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Signed by Judge Carl Barbier. (Attachments: # 1 Letter from the Northern District of Illinois)(sek, ) (Entered: 02/21/2008) |
| 02/15/2008 | ●66 | Letter to Northern District of Illinois from EDLA dated 2/15/08 re transfer of supervised release as to Anita Gibson. (sek, ) (Entered: 02/15/2008) |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 SEP 19 PM 2:55

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR CONSPIRACY TO
### USE UNAUTHORIZED ACCESS DEVICES



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| v. | * | SECTION: **03-0297** |
| MARY GRAY | * | VIOLATION: 18 U.S.C. § 371 |
| ANITA GIBSON | | |
| JOE POTTS | * | **SECT. J MAG.2** |

\*     \*     \*

**The Grand Jury charges that:**

### COUNT 1

Beginning at a time unknown but prior to in or about August, 2002 and continuing until

on or about October 13, 2002, in the Eastern District of Louisiana and elsewhere, the defendants,

**MARY GRAY, ANITA GIBSON**, and **JOE POTTS** did knowingly and intentionally conspire,

combine, confederate, and agree with each other and with others known and unknown to the

Grand Jury to knowingly and with the intent to defraud, traffic in, and use one or more

unauthorized access devices during a one-year period to obtain anything of value aggregating

$1,000 or more, said use affecting interstate commerce, and in furtherance of the conspiracy, on

Fee___ USA
Process___
X  Dktd___
___ CtRmDep.___
___ Doc. No.___

or about October 11, 2002, **GIBSON**, **GRAY**, and **POTTS** traveled to the Eastern District of

Louisiana from Illinois with others known and unknown for the purpose of stealing wallets,

purses, and credit cards and fraudulently using the stolen credit cards to obtain goods and cash, in

violation of Title 18, United States Code, Section 1029(a)(2); all in violation of Title 18, United

States Code, Section 371.

**A TRUE BILL:**

_____
**JIM LETTEN**
**UNITED STATES ATTORNEY**
Bar Roll No. 8517

_____
**JAN MASELLI MANN**
Chief, Criminal Division
Bar Roll No. 9020

_____
**MICHAEL M. SIMPSON**
Assistant United States Attorney
Bar Roll No. 12299

_____
**JOSEPH A. ALUISE**
Assistant United States Attorney
Bar Roll No. 24938

New Orleans, Louisiana
September 19, 2003

A TRUE COPY

FEB 2 6 2008

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

No.

# UNITED STATES DISTRICT COURT

Eastern ___ District of ___ Louisiana
___ Criminal ___ Division

## THE UNITED STATES OF AMERICA

vs.

**MARY GRAY
ANITA GIBSON
JOE POTTS**

## INDICTMENT

**INDICTMENT FOR CONSPIRACY TO USE
UNAUTHORIZED ACCESS DEVICES**

**VIOLATION:   18 U.S.C. §371**

A true bill.

_____
Fore___

Filed _____ 19___

___ day, of ___ September ___ A.D. 2003

_____
Clerk

Bail $ _____

**JOSEPH A. ALUISE**
**Assistant United States Attorney**

FORM OBD.34
APR  91

245B      (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

U.S. DISTRICT COURT
Eastern District of Louisiana

Filed

FILED MAR 2 2 2004

MAR 2 2 2004  LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN                District of                LOUISIANA

UNITED STATES OF AMERICA                | **JUDGMENT IN A CRIMINAL CASE**
**V.**

Case Number:        03-297

MARY GRAY                                    J(2)

Michael G. Riehlmann, 3316 Canal St, NOLA 70119
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to          1      on   December 3, 2003.

☐ pleaded nolo contendere to
which was accepted by the court.

☐ was found guilty on
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 18 USC 371 | | 1 |
| | CONSPIRACY TO USE UNAUTHORIZED ACCESS DEVICES | |

    The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**U.S. ATTORNEY:**          **Joseph Aluise**

MARCH 17, 2004
Date of Imposition of Judgment

**PROBATION OFFICER:  David Arena**

Signature of Judge

~~COURT REPORTER:~~          ~~Karen Ibos~~

CARL J BARBIER, U.S. DISTRICT JUDGE
Name and Title of Judge

CLERK'S OFFICE
A TRUE COPY

FEB 2 6 2008

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

DATE OF ENTRY

MAR 2 3 2004

March 22, 2004
Date

Fee
Process
X  Dktd
CtRmDep
Doc No  40

AO 245B    (Rev 12/03) Judgment in Criminal Case
        Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:      MARY GRAY
CASE NUMBER:    03-297

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for total term of:

40 MONTHS AS TO COUNT 1.  The defendant is entitled to credit for time served from October 13, 2002 to date of sentencing.

  X  The court makes the following recommendations to the Bureau of Prisons:
      That defendant be incarcerated in a facility as close to Chicago, IL as possible.

  X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____ ☐ a.m.  ☐ p.m.  on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m.  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:
    Defendant delivered _____ to _____

a_____ , with a certified copy of this judgment.

                                  _____
                                      UNITED STATES MARSHAL

              By  _____
                      DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
  Sheet 3 — Supervised Release

Judgment—Page   3   of   6

DEFENDANT:       MARY GRAY
CASE NUMBER:     03-297

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a

THREE (3) YEARS AS TO COUNT 1.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

X    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO    (Rev. 12/03) Judgment in a Criminal Case
      Sheet 4B — Probation

Judgment—Page ___4___ of ___6___

DEFENDANT:    MARY GRAY
CASE NUMBER:    03-297

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall provide the probation officer with access to any requested financial information.

2.  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

3.  The defendant shall participate in an orientation and life skills program as directed by the probation officer.

4.  The defendant shall pay any restitution that is imposed by this judgment.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| | |
|---|---|
| 18 USC 371 | Judgment — Page _5_ of _6_ |

DEFENDANT:    MARY GRAY
CASE NUMBER:    03-297

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | **$ 100.00** | **$** | **$ 39,889.78** |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X The defendant must make restitution (including community restitution) to the payees listed on the attached pages

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   X the interest requirement is waived for the    ☐ fine  X restitution.

   ☐ the interest requirement for the    ☐ fine  ☐ restitution is modified as follows:


   * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CURT STEWART, DERRITA MOATON, ET AL,
DOCKET NO. Various
RESTITUTION LIST

| ENTITY (CONTACT) | ADDRESS & PHONE NO. | REFERENCE ACCT. NO. VICTIM | LOSS DATE | ACTUAL LOSS |
|---|---|---|---|---|
| American Express Rob Simpson | Security Department 1117 Perimeter Center West Suite N117 Atlanta, GA 30338 (770) 350-4986 Fax (770) 391-0416 | Mundy Haynes Acct No. 3785 156113 72005 | | $92.59 |
| Associates Credit Card Services | 6400 Las Colinas Blvd Irving, TX 75039-2900 | Patsy Gwynne Fitzpatrick 4616-5704-8910-9751 | 10/4/02 | 882.01 |
| Bank One Card and ATM Operations | Mail Code INI-4039 P.O. Box 1131 Indianapolis, IN 46277 fax (317) 592-5872 | Howard B. Skolnik Acct No. 111 001 4747 897 | 10/11/02 | 164.51 |
| Bank One, NA | 450 E. Washington St. Indianapolis, IN 46277 (317)321-1577 | Gael M. Byrnes (Check No's 1020-27) | 10/5-12/02 | 7057.84 |
| Best Buy (new account) | Household Bank (SB) N.A., c/o Stacy Helm, 90 Christiana Road, New Castle, Delaware 19720, Attention: Fraud Department | Howard Skolnik | 10/10/02 | 3868.94 |
| Capital One Bank | Fraud Department, Post Office Box 85582, Richmond, Virginia 23260, Telephone # 1-800-215-1921, | Linda E. Skea | | 2368.12 |

| ENTITY (CONTACT) | ADDRESS & PHONE NO. | REFERENCE ACCT. NO. VICTIM | LOSS DATE | ACTUAL LOSS |
|---|---|---|---|---|
| Charter One Bank Mastercard | 1215 Superior Ave. Cleveland, OH 44114 (216)566-7920 | Mindy Haynes | 10/11-12/02 | 1123.59 |
| Chase Bankcard Service, Inc. | One Chase Manhattan Plaza New York, NY 10081 (212)552-0934 | Gael M. Byrnes | 10/4/02 | 2359.71 |
| Citigroup Mastercard | U.S. Service Center Citi Inquiries 100 Citibank Drive P.O. Box 769004 San Antonio, TX 78245-9004 | Sharon Stepno | 9/24/02 | 542.66 |
| Discover Card | 6500 New Albany Rd. New Albany, OH 43054 (614) 283-2954 | Mindy Haynes | 10/11/02 | 72.43 |
| GE Capital Cons Card Co | Fraud Department P.O. Box 276 Dayton, OH 45401 | Howard B. Skolnik Acct No. 5046 6202 2035 9095 | 10/9/02 | 4442.57 |
| Household Bank | Fraud Department P.O. Box 15521 Wilmington, DE 19850-5521 | Howard B. Skolnik Acct No. 000 700 11911 2500 8848 | | 3874.74 |
| Household Retail Services | Fraud Department P.O. Box 15521 Wilmington, DE 19850-5521 | Carol Ingmanson Acct No. 0007 0011 9112 4733 297 | | 3964.76 |

| ENTITY (CONTACT) | ADDRESS & PHONE NO. | REFERENCE ACCT. NO. VICTIM | LOSS DATE | ACTUAL LOSS |
|---|---|---|---|---|
| MBNA Visa and MBNA Visa Platinum | Fraud/Loss Prevention P.O. Box 15026 Wilmington, DE 19850-5026 | Linda Kirtz | 10/12/02 | 2100.00 |
| Sun Trust Bank | 7818 Parham Rd Richmond, VA 23294 (800) SunTrust | Norman and Sharon Stepno (Ck No. ) | 10/3/02 | 2559.98 |
| Target Visa / Retailers National Bank | Fraud Control Dept. Mail Stop 6C-Y POB 1470 Minneapolis, MN 55440 800-480-8236 | Carol Ingmanson | 10/4/02 | 731.61 |
| Union Bank of California | 400 California St., 1st Floor San Francisco, CA 94104 (800) 238-4486 | Patsy Gwynne Fitzpatrick | 10/11/02 | 775.00 |
| USAA MasterCard | 10750 McDermott Freeway San Antonio, TX 78288-0544 (210) 456-8000 | Carol Ingmanson Acct No. 5438 0500 0995 0748 | 9/27/02 | 40.00 |
| Washington Mutual Bank | Post Office Box 1090 Northridge, CA 91328 | Stacy Heath Acct. Nos: 4254360085794014 & 4420210097060015 | 10/13/02 | 15.00 |
| West Michigan Employes Credit Union | 4695 44th St. SE, Suite 180 Kentwood, MI 49512 (616) 285-5711 | Shirley Mae Meyer | 9/29/02 | 2863.72 |
| TOTAL | | | | $39,899.78 |

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:      MARY GRAY
CASE NUMBER:    03-297

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   ☐   Lump sum payment of $ _____ due immediately, balance due

       ☐   not later than _____ , or
       ☐   in accordance      ☐ C ☐      D,   ☐   E, or   ☐  F below; or

B   X   Payment is to begin during incarceration .

C   X   Upon release, any unpaid balance shall be paid at a rate of $100.00  per month.

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   X   Special instructions regarding the payment of criminal monetary penalties:

      Payment of the special assessment of $100.00 is due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    **IT IS ORDERED that the defendant make restitution to such entities totaling $39,899.78, except that no further payment shall be required after the sum of the amounts actually paid by all defendants and related-case defendants in Case Nos. 03-245 "S", 03-165 "J", 03-246 "R", and 03-295 "R" have fully covered all of the compensable injuries. Any payment made by the defendant shall be divided among the entities named in proportion to their compensable injuries.**

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                     CRIMINAL ACTION

VERSUS                                       NUMBER: 03-297

MARY GRAY                                    SECTION: J


### ORDER AMENDING JUDGMENT AND COMMITMENT

The Judgment and Commitment of March 17, 2004, is hereby amended as follows:

RESTITUTION IS ORDERED IN THE AMOUNT OF **$39,899.78.**

All other aspects of the Judgment and Commitment shall remain unchanged and in

full force.

Dated at New Orleans, Louisiana, this _29th_ day of JUNE , 2006        .


_____
UNITED STATES DISTRICT JUDGE

PROB 22 (Rev. 2/88)

08CR 0071

MAGISTRATE JUDGE COX

| TRANSFER OF JURISDICTION | DOCKET # (Trans. Court) |
|---|---|
| | 053L 2:03CR00297-001 J |
| JUDGE MANNING | DOCKET # (Rec. Court) |

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Mary Gray

| | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Carl Barbier |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
| | September 07, 2005 | September 06, 2008 |

**Offense**

18 USC 371 - Conspiracy to Use Unauthorized Access Devices

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the <u>Eastern District of Louisiana</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the ND/IL upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

12/17/2007

DATE

UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the  Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JAN 2 4 2008

DATE

UNITED STATES DISTRICT JUDGE

MEF

DOCKETED
JAN 3 1 2008

U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
FEB 0 8 2008

Fee
Process
Dktd
CtRmDep
Doc. No.



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

**February 1, 2008**

RECEIVED
DISTRICT COURT
DISTRICT OF LA

2008 FEB 14 PM 1:04

LORETTA G. WHYTE
CLERK

312-435-5698

Ms. Loretta G. Whyte, Clerk
United States District Court
C-151 Hale Boggs Federal Building
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Dear Clerk:

**Re:  053L 2:03CR 00297-001-J - USA v. Mary Gray - Judge Carl Barbier**

Our Case Number:  08 CR 7.1 - Northern District of Illinois       *Sect J*

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:

Marsha E. Glenn
Deputy Clerk

Enclosure